# EXHIBIT B

**Form 668(Y)**
(Rev. 10-1999)

**Department of the Treasury - Internal Revenue Service**

# Notice of Federal Tax Lien

| Small Business / Self Employed - Area: 2 | Serial Number<br>271307896 | *For Optional Use by Recording Office* |
|---|---|---|

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States. **THIS IS A SPECIFIC LIEN ATTACHING ONLY TO THE PROPERTY DESCRIBED BELOW:** 3492 Twin Oaks Court, West Bloomfield, MI 48324

62290
LIBER 45463 PAGE 733
$10.00 FEDERAL TAX LIEN
$.00
03/06/2013 10:05:29 A.M. RECEIPT# 33541
PAID RECORDED - OAKLAND COUNTY
LISA BROWN, CLERK/REGISTER OF DEEDS

**Name of Taxpayer**
Deborah J. Giacalone Revocable Living Trust as Nominee of Jack Giacalone

**Residence**
3492 Twin Oaks Court
West Bloomfield, MI 48324

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period Ended<br>(b) | Identifying Number<br>(c) | Date of Assessment<br>(d) | Last Day for Refiling<br>(e) | Unpaid Balance of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 200212 | xxx-xx-6315 | 06/02/2003 | 06/02/2013 | $70,060.05 |
| 1040 | 200312 | xxx-xx-6315 | 05/31/2004 | 06/30/2014 | $56,930.59 |
| 1040 | 200412 | xxx-xx-6315 | 05/30/2005 | 06/29/2015 | $41,349.79 |
| 1040 | 200512 | xxx-xx-6315 | 10/23/2006 | 11/22/2016 | $64,763.00 |
| 1040 | 200612 | xxx-xx-6315 | 05/28/2007 | 06/27/2017 | $56,222.31 |
| 1040 | 200712 | xxx-xx-6315 | 05/26/2008 | 06/25/2018 | $68,722.53 |
| 1040 | 200812 | xxx-xx-6315 | 06/22/2009 | 07/22/2019 | $44,078.10 |
| 1040 | 200912 | xxx-xx-6315 | 05/31/2010 | 06/30/2020 | $60,938.86 |
| 1040 | 201012 | xxx-xx-6315 | 05/30/2011 | 06/29/2021 | $49,659.04 |
| 1040 | 201112 | xxx-xx-6315 | 05/28/2012 | 06/27/2022 | $33,790.70 |

| Place of Filing<br>Oakland County<br>Telegraph Road<br>Pontiac, MI | Total | $546,514.97 |
|---|---|---|

This notice was prepared and signed at Pontiac, MI, on this, the 27th day of February , 2013 .

| Signature<br><br>LYNSEY TAULBEE, Employee # - 02-37410 | Title<br>REVENUE OFFICER, Phone # - (248)874-2212 |
|---|---|

(NOTE: *Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409*)

Part 2 – Taxpayer Copy

Form **668(Y)** (Rev. 10-1999)