# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH J. GIACALONE, individually and as Trustee of the DEBORAH J. GIACALONE REVOCABLE LIVING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 2:13-cv-13735<br>Hon. George Caram Steeh |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(ii), the parties stipulate that the above captioned action is dismissed with prejudice.

Respectfully Submitted,

For the Plaintiff:

/s/ Mary A. Mahoney
Mary A. Mahoney (P41568)
37887 West Twelve Mile Road, Suite A
Farmington Hills, MI 48331 (248) 553-9400
(248) 553-9107 Facsimile
mmahoney@schwartzlawfirmpc.com

For the Defendant:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General
Tax Division, U.S. Department of Justice

/s/ Steven M. Dean
Steven M. Dean
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 307-6499 / Fax: (202) 514-5238
Email: Steven.M.Dean@usdoj.gov

13043106.1

## CERTIFICATE OF SERVICE

I certify that on August 24, 2015, I electronically filed the *STIPULATION OF DISMISSAL* with the Clerk of the Court using the ECF system, and that all parties are ECF participants.

>                */s/ Steven M. Dean*
> STEVEN M. DEAN
> Trial Attorney, Tax Division
> U.S. Department of Justice

13043106.1